IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CORNELIUS BROWN, | |
|---|---|
| Plaintiff, | 8:14CV298 |
| vs. | ORDER |
| DEPT. OF HEALTH & HUMAN SVS., et. al; | |
| Defendants. | |

After conferring with the parties,

IT IS ORDERED:

1) Plaintiff's motion for extension of time, (Filing No. 58), is granted, and the Defendants' objection to Plaintiff's untimely discovery requests, (Filing No. 64), is overruled. Defendants' answers and responses to Plaintiff's requests for production and interrogatories shall be served on or before January 15, 2016.

2) Plaintiff's motion for protective order, (Filing No. 59), is denied. On or before December 23, 2015, Plaintiff shall fully answer Defendants' interrogatories and mail a copy of those answers to counsel for Defendants.

3) The deposition deadline is extended to January 27, 2016.

December 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge