# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS BROWN, | ) | 8:14CV298 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LORI STRONG, RN Asst. Unit Supervisor, and DIANNA MASTNY, Unit Supervisor, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' Notice of Withdrawal (Filing No. 123) is granted, and the clerk of the court shall terminate Bijan Koohmaraie as an attorney of record for Defendants.

DATED this 8th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge